■ ROBERT C. HILL et al., Appellants, v BERKSHIRE FARM CENTER AND SERVICES FOR YOUTH et al., Respondents. [604

NYS2d 869] —Judgment unanimously affirmed without costs for the reasons stated in decision at Supreme Court, Reagan, J. (Appeal from Judgment of Supreme Court, Onondaga County, Reagan, J.—Summary Judgment.) Present—Denman, P. J., Callahan, Balio, Boomer and Boehm, JJ.